# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL EDWARD ALLEN,                                                                PLAINTIFF
ADC #176724

V.                                         4:20CV01168-BRW-JTK

LUCAS EMBERTON, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of January, 2021.

                                      Billy Roy Wilson_____
                                      UNITED STATES DISTRICT JUDGE